IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL C. YANCHAK, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CANNERY CASINO RESORTS, LLC and WASHINGTON TROTTING ASSOCIATION, INC.,<br><br>Defendants. | Civil Action No. 2:13-cv-01831-MRH<br><br>Judge Mark R. Hornak<br><br>ELECTRONICALLY FILED |

## MOTION FOR ADMISSION
### *PRO HAC VICE* OF ELAYNA J. YOUCHAH

Elayna J. Youchah, undersigned counsel for Defendants, hereby moves that I be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants Cannery Casino Resorts, LLC and Washington Trotting Association, Inc. pursuant to LCvR 83.2, LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Elayna J. Youchah filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: January 15, 2014

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Elayna Youchah*
Elayna J. Youchah
Nevada Bar No. 5837
youchahe@jacksonlewis.com
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: 702.921.2474
Facsimile: 702.921.2461

COUNSEL FOR DEFENDANTS