# EXHIBIT B

to

Joint Stipulation on Settlement and Release

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*YANCHAK v. CANNERY CASINO RESORTS, LLC and*
*WASHINGTON TROTTING ASSOCIATION, INC.*
CASE NO. 2:13-cv-01831-MRH

# REQUEST FOR EXCLUSION FORM

**List ID:** [ID]
[Class Member Name]
[Address 1] [Address 2]
[City], [State]  [ZIP]

To exclude yourself from the Settlement and NOT receive your share of the Settlement, you must sign and return this Exclusion Form **postmarked** no later than _____. This form must be mailed, faxed, or submitted electronically, to the Claims Administrator at the below address:

CLAIMS ADMINISTRATOR
CPT Group, Inc.
16630 Ashton Street
Irvine, California  92606

**BY SUBMITTING THIS FORM, I AM CONFIRMING THAT IT IS MY DECISION NOT TO PARTICIPATE IN THIS CLASS ACTION AND NOT TO BE INCLUDED AS A CLASS MEMBER IN THIS CLASS ACTION.  I UNDERSTAND THAT I WILL RECEIVE NO MONEY FROM THIS SETTLEMENT.**

I confirm that I was employed at the Meadows between July 1, 2010 and December 31, 2013 as an hourly paid Table Games Dealer (including poker dealer or duel-rate dealer).

I confirm that I have received notice of the proposed settlement in this action.  I understand that the approximate amount of my portion of the Settlement is $_____.[*]  I have decided to be excluded from the Class, and I have decided not to participate in the proposed settlement.

_____    (____) ____-_____
Print Name                                                                    Phone Number

_____
Mailing Address                          City                     State                     ZIP

_____
Signature                                                                        Date

[*]I understand this amount is a good-faith estimate, and that the actual amount I could receive may be marginally different.