## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL C. YANCHAK, individually and
on behalf of others similarly situated,

Plaintiff,

v.

CANNERY CASINO RESORTS, LLC and
WASHINGTON TROTTING ASSOCIATION,
INC.,

Defendants.

Civil Action No. 2:13-cv-01831-MRH

Judge Mark R. Hornak

JURY TRIAL DEMANDED



AND NOW, this _____
day of __June__, 20 16
IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

### STIPULATION

Counsel for Plaintiff Michael C. Yanchak and Defendants Cannery Casino Resorts, LLC

and Washington Trotting Association, Inc., in accordance with the Court's Order scheduling the

fairness hearing in this case on October 6, 2016 (Dkt. 70), hereby stipulate to the following

schedule for the settlement approval process:

| Event | Time for Compliance |
|---|---|
| Deadline for mailing of Class Notice and Request for Exclusion Form | June 9, 2016 |
| Deadline for filing memorandum in support of final approval of settlement, and application for attorneys' fees, reimbursement of costs and expenses, and service awards to Representative Plaintiff | August 30, 2016 |
| Deadline for returning Request for Exclusion Form to Claims Administrator | July 25, 2016 |
| Deadline for filing objections, appearance of counsel regarding objections, and notice of intention to appear at fairness hearing | July 25, 2016 |

Respectfully submitted,

/s/Marla N. Presley (*with consent*)

Marla N. Presley, Esquire
PA ID No. 91020
marla.presley@jacksonlewis.com
Bethany Swaton Wagner, Esquire
PA ID No. 307825
Bethany.wagner@jacksonlewis.com
**Jackson Lewis, PC**
One PPG Place, 28th Floor
Pittsburgh, PA 15222
T.: (412) 338-5148
F.: (412) 232-3441

Elayna J. Youchah, Esquire
Nevada Bar No. 5837
youchahe@jacksonlewis.com
**Jackson Lewis, PC**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
T.: (702) 921-2460
F.: (702) 921-2461

*Attorneys for Defendants*

/s/Jonathan K. Cohn

Jonathan K. Cohn, Esquire
PA ID No. 92755
jcohn@stembercohn.com
Maureen Davidson-Welling, Esquire
PA ID No. 206751
mdw@stembercohn.com
John Stember, Esquire
PA ID No. 23643
jstember@stembercohn.com
**Stember Cohn & Davidson-Welling, LLC**
The Hartley Rose Building
425 First Avenue, 7th Floor
Pittsburgh, PA 15219
T.: (412) 338-1445
F.: (412) 338-1446

*Attorneys for Plaintiff*

Dated:June 7, 2016

2